# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159660-1(81)

MAEGAN TURNER, by WALTER SAKOWSKI,
Conservator,
        Plaintiff,

and

RIVERVIEW MACOMB HOME &
ATTENDANT CARE, LLC,
        Intervening Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
        Defendant/Cross-Plaintiff/
        Cross-Defendant-Appellee,

and

ENTERPRISE LEASING CORPORATION OF
DETROIT, LLC and EAN HOLDINGS, LLC,
        Defendants/Cross-Defendants-
        Appellants,

and

ESTATE OF JASON PUCKETT, by GARY
DUANE RUPP, Personal Representative,
        Defendant/Cross-Plaintiff,

and

PATSY VILLNEFF and TAMERA HARPER,
        Defendants/Cross-Defendants.
_____/

SC: 159660
COA: 339624
Wayne CC: 16-002031-NF

JONTE EVERSON,
           Plaintiff,

v

FARMERS INSURANCE EXCHANGE,
           Defendant/Third-Party
           Plaintiff-Appellee,

and

ENTERPRISE LEASING COMPANY,
           Third-Party Defendant-Appellant.
_____/

SC: 159661
COA: 339815
Washtenaw CC: 16-000359-NF

     On order of the Chief Justice, the motion of appellants to extend the time for filing their brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before February 19, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2020



Clerk